| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>BIANCA NUNEZ MARIN;<br>ORALIA MARIN,<br><br>Defendants. | Case No.: 19CR02385-JAH<br><br>**ORDER GRANTING JOINT MOTION TO EXCLUDE TIME (Doc. No. 56)** |

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

The United States of America and defendants Bianca Nunez Marin and Oralia Marin, through their respective attorneys, jointly move to exclude time under the Speedy Trial Act, 18 U.S.C. § 3161 (h)(1)(D), (h)(7)(A) & (B)(iv). Doc. No. 56. IT IS HEREBY ORDERED that the joint motion is **GRANTED**. The Court finds the ends of justice served by granting the motion to exclude time outweigh the best interest of the public and the defendants in a speedy trial.

//

//

//

IT IS FURTHER ORDERED that the period between July 8, 2019, until March 2, 2020, shall be excluded in computing the time within which the trial must commence under the Speedy Trial Act, 18 U.S.C. § 3161.

**IT IS SO ORDERED.**

DATED: January 23, 2020

_____
JOHN A. HOUSTON
UNITED STATES DISTRICT JUDGE